## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **YAROSLAV FATENKO,** | : | |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **Civ. No. 26-471** |
| | : | |
| **MICHAEL T. ROSE,** *et al.*, | : | |
| **Respondents.** | : | |
| | : | |

## <u>O R D E R</u>

**AND NOW**, this 28th day of January, 2026, upon consideration of Respondents' request and Petitioner's response (Ex. 1), it is hereby **ORDERED** that Respondents **SHALL** respond to Petitioner's Emergency Motion for Temporary Restraining Order and Order to Show Cause (Doc. No. 2) <u>**on or before**</u> **January 30, 2026 at 12:00 p.m**.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.