Outlook

## Re: Yaroslav Fetenko v. Rose, Civil Action 26-471 - request for copy of petition and additional time to respond

| | |
|---|---|
| From | Francois-Ihor Mazur, Esq. <mail@lawmazur.com> |
| Date | Wed 1/28/2026 11:50 AM |
| To | susan.becker_usdoj.gov <Susan.Becker@usdoj.gov>; Chambers of Judge Paul S Diamond <Chambers_of_Judge_Paul_S_Diamond@paed.uscourts.gov>; Lenora Wittje <Lenora_Kashner_Wittje@paed.uscourts.gov> |
| Cc | anthony.stjoseph_usdoj.gov <Anthony.StJoseph@usdoj.gov>; Novak, Brendan (USAPAE) <Brendan.Novak@usdoj.gov> |

**CAUTION - EXTERNAL:**

Good morning again, Judge Diamond and Ms. Kashner Wittje,

I was not copied on the Government's prior email, and have only just now seen that the government is seeking an extension until February 2, 2026 to respond to Mr. Fatenko's Petition and Motion for TRO. I have emailed all of the filings in the docket to Mr. St. Joseph. I also informed the U.S. Attorney's office twice by voicemail yesterday regarding this matter, noting in my second voicemail that and order was issued yesterday to respond by 5:00 p.m. today. I also stated the urgency of this matter to the receptionist who answered the phone, and was told that the most effective way to communicate my message was via voicemail.

There are no novel issues in this matter that I am aware of, other than the fact that my client was in valid status when detained by ICE. I do not object to a short extension, but believe that five additional days is unreasonable.

Sincerely,

Francois-Ihor Mazur, Esq.


On 1/28/2026 11:34 AM, Becker, Susan (USAPAE) wrote:

> Good morning again, Judge Diamond and Ms. Kashner Wittje. I clarified with Anthony that Mr. Mazur (copied here) is petitioner's counsel in the Fetenko matter. I understand that Mr. Mazur will be sending us the petition and any other documents. Given the timing, we reiterate our request to respond to the petition by Monday February 2 at 5pm. Mr. Mazur can let us know if he has any objection to a revised response deadline. Respectfully, Susan
>
> **From:** Becker, Susan (USAPAE)
> **Sent:** Wednesday, January 28, 2026 10:52 AM

**To:** .Judge Diamond's Chambers (Chambers_of_Judge_Paul_S_Diamond@paed.uscourts.gov) <Chambers_of_Judge_Paul_S_Diamond@paed.uscourts.gov>; .Judge Diamond's Deputy Clerk (Lenora_Kashner_Wittje@paed.uscourts.gov) <Lenora_Kashner_Wittje@paed.uscourts.gov>
**Cc:** StJoseph, Anthony (USAPAE) <Anthony.StJoseph@usdoj.gov>; Novak, Brendan (USAPAE) <Brendan.Novak@usdoj.gov>
**Subject:** Yaroslav Fetenko v. Rose, Civil Action 26-471 - request for copy of petition and additional time to respond

Good morning, your Honor. We just learned of the Court's Order to respond today to the immigration habeas petition in this case – however, we do not yet have the petition and we will need time to get information from ICE in order to respond. As of late, we have been getting some variations on the usual challenges to detention under section 1225/BIA's decision in Hurtado, and those require additional review (I don't yet know whether this case falls into the usual category or not). Would Ms. Kashner Wittje be able to send us the documents? And could we please have until Monday February 2 to respond? Respectfully, Susan

Susan R. Becker
U.S. Attorney's Office, Eastern District of Pennsylvania
Civil Division, Deputy Chief for Defensive Litigation
615 Chestnut Street, Suite 1250
Philadelphia PA 19106
Office: 215.861.8310
Cell: 215.764.2157

--
-- Mazur Law Firm, PC 2434 Huntingdon Pike, Suite 1 Huntingdon Valley, PA 19006 Tel (215) 364-1200 Tel (215) 636-0993 Fax (215) 636-0995 **********CONFIDENTIALITY NOTICE********** The information in this email is intended only for the person or entity to whom it is addressed. It may be legally privileged and/or confidential and is intended only for use of the addressee(s). No addressee should forward, print, copy, or otherwise reproduce this message in any manner that would allow it to be viewed by any individual not originally listed as a recipient. If the reader of this message is not the intended recipient, you are hereby notified that any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone (215) 636-0993 or by return e-mail and delete this message. Thank you.
**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.