IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YAROSLAV FATENKO, | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. No. 26-471 |
| | : | |
| MICHAEL T. ROSE, *et al.*, | : | |
| Respondents. | : | |
| | : | |

**O R D E R**

**AND NOW**, this 29th day of January, 2026, upon consideration of the Government's statement that it will release Petitioner shortly (Ex. 1), it is hereby **ORDERED** that all proceedings in this matter are **STAYED**.

                                                                **AND IT IS SO ORDERED.**

                                                              */s/ Paul S. Diamond*
                                                               Paul S. Diamond, J.