**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **YAROSLAV FATENKO,** | : | |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **Civ. No. 26-471** |
| | : | |
| **MICHAEL T. ROSE,** *et al.*, | : | |
| **Respondents.** | : | |
| | : | |

## O R D E R

**AND NOW**, this 20th day of March, 2026, upon consideration of the Government's request

(Ex. 1), it is hereby **ORDERED** that absent a stipulation of voluntary dismissal, the Government

**SHALL** respond to Petitioner's Status Report (Doc. No. 7) **on or before** **March 26, 2026**.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

Paul S. Diamond, J.