Outlook

## Re: Fatenko v. Rose, 26-cv-471te

**From** Becker, Susan (USAPAE) <Susan.Becker@usdoj.gov>

**Date** Thu 3/19/2026 5:13 PM

**To**   Francois-Ihor Mazur, Esq. <mail@lawmazur.com>; Gabriel Cohen <Gabriel_Cohen@paed.uscourts.gov>

**Cc**   anthony.stjoseph_usdoj.gov <Anthony.StJoseph@usdoj.gov>; Wilkins, Desiree (USAPAE) <Desiree.Wilkins@usdoj.gov>

**CAUTION - EXTERNAL:**

Thank you, Mr. Mazur. I have forwarded your status report to our ICE contacts and asked for clarification about Mr. Fatenko's status and the reporting requirements. With the Court's indulgence, we request until next Thursday March 26 to see whether the parties can resolve any outstanding issues and enter into a stipulation of voluntary dismissal. If not, we will respond to the status report. Please advise if Judge Diamond has any concern about that course of action. Respectfully, Susan

Susan R. Becker
U.S. Attorney's Office, Eastern District of Pennsylvania
Civil Division, Deputy Chief for Defensive Litigation
615 Chestnut Street, Suite 1250
Philadelphia PA 19106
Office: 215.861.8310
Cell: 215.764.2157