**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| YAROSLAV FATENKO, | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. No. 26-471 |
| | : | |
| MICHAEL T. ROSE, *et al.*, | : | |
| Respondents. | : | |
| | : | |

## O R D E R

**AND NOW**, this 27th day of April, 2026, upon consideration of the Parties' Stipulation of Voluntary Dismissal (Doc. No. 13) and pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure, it is hereby **ORDERED** that the above action is **DISMISSED** with prejudice. This Order of Dismissal may be vacated, modified, or stricken from the record, for good cause shown, upon the application of any Party served within ninety (90) days of the entry of this Order. Petitioner's Petition for Writ of Habeas Corpus (Doc. No. 1) and Emergency Motion for Temporary Restraining Order (Doc. No. 2) are **DENIED as moot**. The Clerk of Court **SHALL** close this Case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.